[No. 12396–3–I.   Division One.   May 9, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. WILBERT LEE TAYLOR, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81–1–02294–1, William C. Goodloe, J., entered October 26, 1982. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Swanson and Scholfield, JJ.

[No. 6529–1–II.   Division Two.   May 10, 1984.]

*In the Matter of the Marriage of* G. DAVID COTTON, *Appellant, and* WANDA COTTON, *Respondent.*

Appeal from a judgment of the Superior Court for Clallam County, No. 29861, William E. Howard, J., entered August 13, 1982. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Petrich, C.J., and Reed, J.

[No. 5996–7–II.   Division Two.   May 10, 1984.]

*In the Matter of the Marriage of* MARGARET L. WITT, *Respondent, and* CHARLES A. WITT, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 81–3–00496–2, John W. Schumacher, J., entered November 6, 1981. *Reversed* by unpublished opinion per Reed, J., concurred in by Worswick, A.C.J., and Petrie, J.